IN THE SUPREME COURT OF NORTH CAROLINA

No. 365A16

Filed 3 November 2017

STATE OF NORTH CAROLINA

v.

DAVID MICHAEL REED


Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 791 S.E.2d 486 (2016), reversing a judgment entered on 20 July 2015 by Judge Thomas H. Lock in Superior Court, Johnston County, following defendant's plea of guilty after entry of an order by Judge Gale Adams on 14 July 2015 denying defendant's motion to suppress. Heard in the Supreme Court on 13 June 2017.

*Joshua H. Stein, Attorney General, by Kathleen N. Bolton, Assistant Attorney General, for the State-appellant .*

*Paul E. Smith for defendant-appellee.*

PER CURIAM.

The decision of the Court of Appeals is vacated, and this case is remanded to the Court of Appeals for reconsideration in light of our decision in *State v. Bullock*, ___ N.C. ___, ___ S.E.2d ___ (2017) (194A16).

VACATED AND REMANDED.